UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | | |
|---|---|---|
| BRANDON DALE LOWERY | ) | |
| | ) | |
| Plaintiff, | ) | Case No.: 2:24-cv-01194-GMN-DJA |
| vs. | ) | |
| | ) | **ORDER ADOPTING** |
| MCSO OFFICERS, | ) | **REPORT AND RECOMMENDATION** |
| | ) | |
| Defendants. | ) | |

Pending before the Court is the Report and Recommendation ("R&R"), (ECF No. 9), from United States Magistrate Judge Danniel J. Albregts. On July 26, 2024, the Court denied Plaintiff's application to proceed *in forma pauperis* and required him to file a new one on or before August 26, 2024. (ECF No. 8). In doing so, the Court informed Plaintiff that "[f]ailure to timely comply with this order may result in a recommendation to the district judge that this case be dismissed. (*Id.*). To date, Plaintiff has not filed anything further in this action and appears to have ceased prosecuting it. *See* Fed. R. Civ. P. 41(b). As such, Judge Albregts' R&R recommends that this case be dismissed without prejudice.

A party may file specific written objections to the findings and recommendations of a United States Magistrate Judge made pursuant to Local Rule IB 1-4. 28 U.S.C. § 636(b)(1)(B); D. Nev. R. IB 3-2. Upon the filing of such objections, the Court must make a *de novo* determination of those portions to which objections are made if the Magistrate Judge's findings and recommendations concern matters that may not be finally determined by a magistrate judge. D. Nev. R. IB 3-2(b). The Court may accept, reject, or modify, in whole or in part, the findings or recommendations made by the Magistrate Judge. 28 U.S.C. § 636(b)(1); D. Nev. R. IB 3-2(b). Where a party fails to object, however, the Court is not required to conduct "any review at all . . . of any issue that is not the subject of an objection." *Thomas v. Arn*, 474 U.S.

1  140, 149 (1985) (citing 28 U.S.C. § 636(b)(1)).  Indeed, the Ninth Circuit has recognized that a
2  district court is not required to review a magistrate judge's R&R where no objections have been
3  filed. *See, e.g.*, *United States v. Reyna–Tapia*, 328 F.3d 1114, 1122 (9th Cir. 2003).

    Here, no objections were filed, and the deadline to do so has passed. (*See* R&R, ECF No. 9) (setting a September 30, 2024, deadline for objections).

    Accordingly, **IT IS HEREBY ORDERED** that the Report and Recommendation, (ECF No. 9), is **ACCEPTED and ADOPTED** in full.

    **IT IS FURTHER ORDERED** that this case is **DISMISSED** without prejudice.  All pending motions are **DENIED AS MOOT**.  The Clerk of Court is kindly requested to close out this case.

Dated this __7__ day of October, 2024.

_____
Gloria M. Navarro, District Judge
United States District Court